```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19-CR-651-LTS-15
     -against-                       :   ORDER
                                     :
Iuliana Mihailescu                   :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

LAURA TAYLOR SWAIN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of GPS monitoring.

Dated: New York, New York
       March 24, 2020

                                                                        SO ORDERED:

                                                                     /s/ Laura Taylor Swain
                                                                     _____
                                                                       LAURA TAYLOR SWAIN
                                                                       United States District Judge