UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                           :

UNITED STATES OF AMERICA                  :

      - v. -                                             :    GOVERNMENT'S
                                                   :    FORFEITURE BILL
MIRCEA CONSTANTINESCU,                    :    <u>OF PARTICULARS</u>
    a/k/a "Sobo,"                                  :
NIKOLAOS LIMBERATOS,                  :
    a/k/a "Nicu Limberto,"                     :    19 Cr. 651 (LTS)
CRISTIAN COSTEA,                             :
    a/k/a "Momo,"                                  :
ALIN HANES CALUGARU,                   :
IONELA CONSTANTINESCU,               :
    a/k/a "Pitica,"                                :
THEOFRASTOS LYMBERATOS,             :
ANDREW ELIOPOULOS,                      :
VALENTIN PETRESCU,                        :
    a/k/a "Gico Cosmin Giscan,"          :
    a/k/a "Zoltan Pruma,"                  :
PETER SAMOLIS,                                    :
KELLY KARKI LAM,                            :
GEORGE SERBAN,                                   :
DRAGOS DIACONU,                            :
MADLIN ALEXANDRU ANCA,             :
    a/k/a "Mateo Fernandez Alejandro,"  :
CRISTIAN ULMANU,                          :
    a/k/a "Boris Moravec," and           :
IULIANA MIHAILESCU,                      :
                                               :
                        Defendants.                    :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One and Two of the Indictment, and as alleged in the forfeiture allegation and/or substitute assets provision therein, includes the following:

i)  all right title and interest in a 1988 BMW M6 2Door Coupe bearing VIN Number WBAEE141XJ2561731, seized by the Government on or about October 10, 2019 from the residence of Nikolaos Limberatos located in Deer Park, New York.

Dated: New York, New York
January 14, 2021

                Respectfully Submitted,

                AUDREY STRAUSS
                Acting United States Attorney

By: /s/ *Robert Sobelman*
      Robert Sobelman
      Assistant United States Attorney
      Telephone: (212) 637-2616