UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                            No. 19 CR 651-LTS

IULIANA MILHAILESCU,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing in this case, originally scheduled for December 12, 2022, at 10:00 a.m. is hereby rescheduled to proceed on **January 10**, **2023**, at **10:30 a.m**. in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
          August 12, 2022

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge