UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

IULIANA MIHAILESCU,

Defendant.

ORDER

19 Cr. 651 (LTS)

WHEREAS, with the defendant's consent, her guilty plea allocution was made before United States Magistrate Judge Robert W. Lehrburger on August 10, 2022;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       August 18, 2022

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK