UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                          No.  19 CR  651-LTS

IULIANA MILHAILESCU,

        Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing in this case, currently scheduled for April 21, 2023, at 11:00 a.m. is hereby rescheduled to proceed on **May 12, 2023**, at **11:00 a.m**. in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       April 12, 2023

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge