

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

May 23, 2023

**VIA ECF**

Honorable Laura Taylor Swain                    MEMO ENDORSED
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    *United States v. Iuliana Mihailescu*, 19 Cr. 651 (LTS)

Dear Judge Swain:

I represented defendant Iuliana Mihailescu in the above-referenced action.  In anticipation of sentencing, I filed a submission that disclosed sensitive health information regarding Ms. Mihailescu and certain of her family members.  At sentencing, the Court advised the undersigned to redact the submission to the extent of removing the aforementioned sensitive information.  I write to request permission to electronically file a redacted version of the sentencing submission at issue pursuant to the Court's instructions, which version is annexed hereto, and to request that the unredacted version still available on PACER (DE #1431) be removed and filed under seal.

We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

/s/

Dawn M. Cardi

Encl.

cc:    All Counsel via ECF

The foregoing requests are granted.  The Court respectfully directs the Clerk of Court to seal Ms. Mihaelescu's sentencing submission (DE no. 1431) and file it under seal.  Counsel is directed to file the redacted version separately on the docket.  DE no. 1459 resolved.
SO ORDERED.
5/24/2023
Laura Taylor Swain, Chief USDJ

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com